# COMPLAINT

(for filers who are prisoners without lawyers)



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Melvin D. Tunstall

v.

(Full name of defendant(s))

Chief Patrick Mitchell

He is sue in his Individual

Capacity

Case Number:

26-C-1216

(to be supplied by Clerk of Court)

A.   PARTIES

1.   Plaintiff is a citizen of Wisconsin , and is located at
        (State)

Criminal Justice Facility 949 N. 9th St Milwaukee, WI 53233
        (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant Chief Patrick Mitchell
                                    (Name)

is (if a person or private corporation) a citizen of Wisconsin
                                    (State, if known)

Complaint – 1

Case 2:26-cv-01216-BHL    Filed 07/10/26    Page 1 of 8    Document 1

# DEFENDANTS

Defendant: Ryan stuettgen he is sued in his Individual Capactiy

Is a citizen of Wisconsin
and worked for West Allis police department 11301 W. Lincoln Ave, West Allis, WI 53227

Defendant: Caleb Hoff he is sued in his Indivdual capactiy

is a citizen of Wisconsin
and worked for West Allis police department 11301 W. Lincoln Ave, West Allis, WI 53227

Defendant: Connor michael sandvick he is sued in his Individual Capactiy

Is a citizen of Wisconsin
and worked for West Allis police department 11301 W. Lincoln Ave, west Allis, WI 53227

Defendant: Connor laquinta he is sued in his individual Capactiy

is a citizen of Wisconsin
and worked for West Allis police department 11301 w. Lincoln Ave, West Allis, WI 53227

Defendant: Joshua schenk he is sued in his individual Capactiy

is a citizen of Wisconsin
and worked for West Allis police department 11301 w. Lincoln Ave, west Allis, WI 53227

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>West Allis Police Department 11301 W. Lincoln Ave,</u> <u>West Allis, WI 53227</u>  (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Chief Patrick Mitchell at all times relevant to the events described herein, Chief Patrick Mitchell have acted and continue to act under color of state law. Chief Patrick Mitchell is responsible for the subordinates under his supervision. Ryan Stuettgen a sergeant with the west Allis police department and his subordinates willfully and unlawfully used excessive force. On March 23, 2025 at the Hampton Inn Hotel 8201 west Greenfield Avenue west Allis police arrested Melvin Tunstall with out Incident. Officers escorted Tunstall into the hallway where an officer scraped Tunstall face

Complaint – 2

against the wall causing Tunstall pain and resulting in the skin under his right eye to be removed. Tunstall asked the officer why did you do that? a officer told Tunstall to be quiet and face the wall. In that moment Tunstall felt unsafe in the custody and care of those officers. Tunstall became agitated and explicitly expressed fustigation to the officers. Multiple officers escorting Tunstall from the hotel establishment was squeezing Tunstall arms, twisting Tunstall wrist, and lifting his arms up behind his back all while handcuffed Tunstall was verbally explicit toward the officers. In the parking lot of the hotel Tunstall asked officers where the mother of his kids was? Officers did not respond to Tunstall then one of the officers told sergeant Stuettgen that I was not cooperating sergeant Stuettgen stated to his subordinates that Tunstall was resisting Tunstall then stated multiple times that he was not resisting an officer lifted Tunstall off the ground and slammed Tunstall so hard on to the pavement Knocking the

Complaint – 3

wind out of him. Tunstall could not brace his self or protect his from the impact because Tunstall had his hands cuffed behind his back. Tunstall suffered an injury to the right side of his forehead where he still has a bump Tunstall right shoulder was injuryed as well. Tunstall was placed into a body restraint that caused unnecessary pain cutting off blood circulation to his legs, an officer tried to force a helmet on to Tunstall head causing pain to Tunstall head and neck. Officers try putting Tunstall in the back of a squad car and inten- tionally hooked the cuffs on the door causing for the handcuffs to cut into Tunstall wrist Tunstall yelled in pain for officers to stop but they did not listen. One of the officers came and gave sergeant Stuettgen a thick mask that impeded Tunstall breathing Tunstall blackouted in transport to the hospital. At the hospital sergeant Stuettgen and his subordinates covered up Tunstall injures they said that Tunstall refused medical treatment

Tunstall never refused any medical treatment. Officers then transport Tunstall from the hospital to the Milwaukee County jail where Officers refused to loosen Tunstall handcuffs the handcuffs was on to tight cutting off blood circulation and cutting back into Tunstall already cut up wrist. Tunstall asked multiple jail staff for help They all said it was on the officers that arrested me. Tunstall asked the officers again and when the Officer checked he made them even tighter Tunstall started to use explicit language toward the Officer and he left Tunstall sitting like that for 25 to 30 minutes. West Allis police and their unreasonable actions included the use of restraints that caused unnecessary pain for a prolonged and unnecessary period of time.

Complaint 2 of 2 added pages

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

In my relief I am asking for Four hundred thousand dollars from Chief Patrick Mitchell. From Ryan Stuettgen Four hundred thousand dollars. From Caleb Hoff four hundred thousand dollars. From Connor michael Sandvick four hundred thousand dollars. From Connor laquinta Four hundred thousand dollars. From Joshua Schenk Four hundred thousand dollars.

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___7th___ day of ___July___ 20_26_.

Respectfully Submitted,

_Melvin Tunstall_
Signature of Plaintiff

_2025005213_
Plaintiff's Prisoner ID Number

___Criminal Justice Facility___

___949 N. 9th Street Milwaukee, WI 53233___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.